

Molly C. Dwyer
Clerk of Court

Office of the Clerk
**United States Court of Appeals for the Ninth Circuit**
Post Office Box 193939
San Francisco, California 94119-3939
415-355-8000

**FILED**

AUG 28 2024

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

## DOCKETING NOTICE

| | |
|---|---|
| Docket Numbers: | 24-5285, 24-5280 |
| Originating Case Number: | 3:23-cv-00007-SLG |
| Short Title: | State of Alaska, et al. v. Central Council of Tlingit & Haida Indian Tribes of Alaska, et al. |

Dear Appellant/Counsel

A copy of your notice of appeal/petition has been received in the Clerk's office of the United States Court of Appeals for the Ninth Circuit. The U.S. Court of Appeals docket number shown above has been assigned to this case. You must indicate this Court of Appeals docket number whenever you communicate with this court regarding this case.

Motions filed along with the notice of appeal in the district court are not automatically transferred to this court for filing. Any motions seeking relief from this court must be separately filed in this court's docket.

Please furnish this docket number immediately to the court reporter if you place an order, or have placed an order, for portions of the trial transcripts. The court reporter will need this docket number when communicating with this court.

**Failure of the appellant to comply with the time schedule order may result in dismissal of the appeal.**

**Please read the enclosed materials carefully.**



Molly C. Dwyer
Clerk of Court

Office of the Clerk
**United States Court of Appeals for the Ninth Circuit**
Post Office Box 193939
San Francisco, California 94119-3939
415-355-8000

## TIME SCHEDULE ORDER

| | |
|---|---|
| Docket Numbers: | 24-5285, 24-5280 |
| Originating Case Number: | 3:23-cv-00007-SLG |
| Case Title: | State of Alaska, et al. v. Central Council of Tlingit & Haida Indian Tribes of Alaska, et al. |

This order vacates all brief due dates set by previously-issued time schedule orders. The parties will meet the following cross appeal time schedule.

**Tuesday, September 3, 2024**

| | |
|---|---|
| Central Council of Tlingit & Haida Indian Tribes of Alaska | Mediation Questionnaire due |

**Friday, November 15, 2024**

| | |
|---|---|
| State of Alaska | Cross Appeal First Brief Due |

**Monday, December 16, 2024**

| | |
|---|---|
| Central Council of Tlingit & Haida Indian Tribes of Alaska | Cross Appeal Second Brief Due |

**Thursday, January 16, 2025**

| | |
|---|---|
| State of Alaska | Cross Appeal Third Brief Due |

If there were reported hearings, the parties shall designate and, if necessary, cross-designate the transcripts pursuant to 9th Cir. R. 10-3. If there were no reported hearings, the transcript deadlines do not apply.

The optional reply may be filed within 21 days of service of the third brief on cross appeal. See Fed. R. App. P. 31 and 9th Cir. R. 31-2.1.

**Failure of the appellant to comply with the time schedule order may result in automatic dismissal of the appeal. See 9th Cir. R. 42-1.**