UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

FILED

JUN 30 2025

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| STATE OF ALASKA,<br><br>    Plaintiff - Appellant,<br><br> v.<br><br>BRYAN NEWLAND, in his official capacity as Assistant Secretary, Indian Affairs, U.S. Department of the Interior and UNITED STATES DEPARTMENT OF THE INTERIOR,<br><br>    Defendants - Appellees,<br><br>CENTRAL COUNCIL OF TLINGIT & HAIDA INDIAN TRIBES OF ALASKA,<br><br>    Intervenor-Defendant - Appellee. | No. 24-5280<br><br>D.C. No. 3:23-cv-00007-SLG<br>District of Alaska, Anchorage<br><br>ORDER |
| STATE OF ALASKA,<br><br>    Plaintiff - Appellee,<br><br> v.<br><br>BRYAN NEWLAND, in his official capacity as Assistant Secretary, Indian Affairs, U.S. Department of the Interior and UNITED STATES DEPARTMENT OF THE INTERIOR,<br><br>    Defendants, | No. 24-5285<br>D.C. No. 3:23-cv-00007-SLG<br>District of Alaska, Anchorage |

| | |
|---|---|
| CENTRAL COUNCIL OF TLINGIT & HAIDA INDIAN TRIBES OF ALASKA, <br><br> Intervenor-Defendant - Appellant. | |
| STATE OF ALASKA, <br><br> Plaintiff - Appellee, <br><br> v. <br><br> BRYAN NEWLAND and UNITED STATES DEPARTMENT OF THE INTERIOR, <br><br> Defendants - Appellants, <br><br> and <br><br> CENTRAL COUNCIL OF TLINGIT & HAIDA INDIAN TRIBES OF ALASKA, <br><br> Intervenor-Defendant. | No. 24-5461 <br> D.C. No. <br> 3:23-cv-00007-SLG <br> District of Alaska, Anchorage |

The unopposed motion (Docket Entry No. 39) for voluntary dismissal is granted. *See* Fed. R. App. P. 42(b).

Cross-appeal No. 24-5461 is dismissed.

The parties will pay their own costs incurred in relation to this cross-appeal.

24-5280

This order serves as the mandate of the court.

FOR THE COURT:

MOLLY C. DWYER
CLERK OF COURT