UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

FILED

OCT 5 2026

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

STATE OF ALASKA,

Plaintiff - Appellant,

v.

BRYAN NEWLAND, in his official capacity as Assistant Secretary, Indian Affairs, U.S. Department of the Interior and UNITED STATES DEPARTMENT OF THE INTERIOR,

Defendants - Appellees,

CENTRAL COUNCIL OF TLINGIT & HAIDA INDIAN TRIBES OF ALASKA,

Intervenor-Defendant - Appellee.

No. 24-5280

D.C. No. 3:23-cv-00007-SLG
District of Alaska, Anchorage

ORDER

STATE OF ALASKA,

Plaintiff - Appellee,

v.

BRYAN NEWLAND, in his official capacity as Assistant Secretary, Indian Affairs, U.S. Department of the Interior and UNITED STATES DEPARTMENT OF THE INTERIOR,

Defendants,

No. 24-5285
D.C. No. 3:23-cv-00007-SLG
District of Alaska, Anchorage

CENTRAL COUNCIL OF TLINGIT & HAIDA INDIAN TRIBES OF ALASKA,

Intervenor-Defendant - Appellant.

Before: CALLAHAN, BEA, and BUMATAY, Circuit Judges.

The panel unanimously votes to **DENY** the petition for panel rehearing. Fed. R. App. P. 40. The petition (filed as Dkt. 79 in No. 24-5280, and as Dkt. 77 in No. 24-5285) is **DENIED**.